IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| S.R. SCHROEDER, INC. DBA DIXON POLARIS, | ) ) ) | 2:10-cv-01466-GEB-KJN |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| JOHN VINCENT TROTTER; NATIONAL PUBLIC AUCTION LLC; THE AUCTION CONNECTION, | ) ) ) ) | |
| Defendants. | ) ) | |

In light of the "Notice of Settlement of Defendants' Motion to Dismiss or, Alternatively, Transfer Venue" filed by Plaintiff on March 7, 2011 (ECF No. 15), Defendants' Motion to Dismiss or, Alternatively, Transfer Venue (ECF No. 14), which is set for hearing on March 21, 2011, is deemed withdrawn.

Dated: March 9, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge