# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| S.R. SCHROEDER INC. DBA DIXON POLARIS, | Case No. 2:10-cv-01466-GEB-KJN |
| Plaintiff, | **ORDER TO TRANSFER VENUE** |
| v. | Date: March 21, 2011<br>Time: 9:00 a.m.<br>Ctrm: 10<br>Judge: Hon. Garland Burrell |
| JOHN VINCENT TROTTER; NATIONAL PUBLIC AUCTION LLC; THE AUCTION CONNECTION, | |
| Defendants. | Complaint Filed June 14, 2010 |
| | Trial Date September 11, 2012 |

Based upon the stipulation of Plaintiff S.R. Schroeder, Inc. and defendants John Vincent Trotter, National Public Auction LLC and The Auction Connection to resolve the defendants' motion to dismiss or, alternatively, transfer venue.

//
//
//
//
//
//

**IT IS HEREBY ORDERED** that this case shall be transferred immediately to the U.S. District Court for the Middle District of Tennessee, Nashville Division.

Date: **3/15/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge